```
```

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Kevin Hahn, #024277<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive<br>Second Floor<br>Irvine, California 92612<br>Phone: (949) 252-9400<br>Facsimile: (949) 252-1032<br>*kevin@mclaw.org*<br><br>Attorneys for Movant<br>ONEWEST BANK FSB,<br>and its successors and/or assignees |

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: October 29, 2009**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>THOMAS D. WINTER,<br><br>                Debtor,<br>_____<br>ONEWEST BANK FSB, and its successors and/or assignees,<br><br>                Movant,<br>vs.<br><br>THOMAS D. WINTER, Debtor, and JILL H. FORD, Trustee,<br><br>                Respondents. | Chapter 7<br><br>Case No. 2:09-bk-20192-RJH<br><br>**ORDER LIFTING STAY**<br>**[Re: 20 SOUTH BUENA VISTA AVENUE #101, GILBERT, AZ 85296]** |

Movant's Motion for Relief From the Automatic Stay having been properly noticed and no objections thereto having been filed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay as to Movant is terminated with reference to real property generally described as 20 SOUTH BUENA VISTA AVENUE #101, GILBERT, AZ 85296 ("Property" herein) and legally described as follows:

    *SEE EXHIBIT A*

///

///

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall survive any subsequent conversion by the Debtor to another Chapter of the Bankruptcy Code.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

Loan Number:

Date: JANUARY 30, 2006

Property Address: 20 SOUTH BUENA VISTA AVENUE #101, GILBERT, ARIZONA 85296

# EXHIBIT "A"

## LEGAL DESCRIPTION

Unit One Hundred One (101), COLONIA GRANDE CASITAS, a condominium, according to the Declaration of Horizontal Property Regime recorded June 13, 1984, in Document No. 84-256441; Amendment recorded July 24, 2001 in Document No. 2001-664104, and; Declaration of Annexation recorded June 13, 1984 in Document No. 84-256442, and; according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, in Book 267 of Maps, page 24;

TOGETHER WITH a proportionate interest in and to the common areas as set forth in said Declaration of Horizontal Property Regime recorded in Document No. 84-256441, records of Maricopa County, Arizona.

A.P.N. # : 304-23-234 4

DocMagic eForms 800-649-1362
www.docmagic.com

Legal.msc